UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAUNTE PETERSEN,

    Plaintiff,

v.                                            CASE NO. 3:24-cv-1363-BJD-SJH

CHUZE FITNESS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion to Strike Plaintiff's Second Amended Complaint ("Motion"). Doc. 18.

Defendant was required to serve the Motion on Plaintiff. *See* Fed. R. Civ. P. 5(a)(1)(D). The Motion includes a certificate of service stating that a copy of the Motion was filed using CM/ECF. Doc. 18 at 4. However, Plaintiff does not have CM/ECF access or receive automatic service via CM/ECF. The Motion also states (albeit not in the certificate of service) that Defendant "will send a copy of this Motion via U.S. Mail to Plaintiff's attention[,]" but it gives no indication if or when any service by mail occurred. *Id.* Such is insufficient to demonstrate that Plaintiff has been properly served with the Motion.

In short, the Court cannot determine that service was proper in accordance with Fed. R. Civ. P. 5(b). Accordingly, the Motion is **denied without prejudice**. *See Infinity Cap. Income Fund, LLC v. Nguyen*, No. 6:24-cv-1869-JSS-LHP, 2024 WL 4556122, at

*1 (M.D. Fla. Oct. 23, 2024) (denying motion without prejudice and noting ambiguous certificate of service). Any renewed motion must be filed on or before **July 17, 2025,** and be accompanied by a proper certificate of service.

Defendant notes that "it appears Plaintiff is incarcerated at 500 E. Adams St., Duval County Jail, Jacksonville, FL 32202[,]" but Plaintiff has not updated his address with this Court. *Id.* at 3. In an abundance of caution, the Court will direct service of this order and another order entered contemporaneously herewith to Plaintiff at the address of record in this case and the jail address. Plaintiff is **directed**, however, to keep the Court apprised of his current address and **cautioned** that his failure to do so may lead to a dismissal of this action for lack of prosecution.

**DONE AND ORDERED** in Jacksonville, Florida, on June 27, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

*Pro Se* Plaintiff
4580 Muscadine Court
Jacksonville, FL 32210
– and –
DC Number Q92618
500 E. Adams St.
Duval County Jail
Jacksonville, FL 32202

2